# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM DESHAVIER WILLIAMS, | Case No. 1:20-cv-00063-LJO-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS |
| v. | |
| ROBERT H. STOVER, et al., | |
| Defendants. | |

Ahkeem Deshavier Williams ("Plaintiff"), a pretrial detainee, is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On January 13, 2020, Plaintiff filed a complaint along with an application to proceed *in forma pauperis* by a prisoner. Plaintiff's *in forma pauperis* application is not adequately completed. Plaintiff indicates that he receives disability payments, but did not include the amount that he receives. Further, Plaintiff is in the custody of the Kings County Jail and the certificate from the institution stating the amount of funds in his inmate account was issued November 25, 2019, almost two months ago. Plaintiff shall be required to complete an application to proceed without prepayment of fees that corrects these deficiencies.

Accordingly, IT IS HEREBY ORDERED that:

1. The Office of the Clerk is directed to provide Plaintiff with an application to proceed *in forma pauperis* by a prisoner;

1

2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, which includes a current trust account statement, or in the alternative, pay the $400.00 filing fee for this action;

3. No extension of time will be granted without a showing of good cause; and

4. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated: __**January 16, 2020**__

UNITED STATES MAGISTRATE JUDGE